# EXHIBIT A

1

1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF NEW YORK
2

3      - - - - - - - - - - - - - - X

4    UNITED STATES OF AMERICA,    :    23-CR-496(ENV)(HG)

5             Plaintiff ,         :
                                       United States Courthouse
6         -against-               :    Brooklyn, New York

7    ANATOLY LEGKODYMOV,          :
                                       December 20, 2023
8             Defendant.          :    1:00 p.m.

9      - - - - - - - - - - - - - X

10

11                       TRANSCRIPT OF BAIL APPEAL
                   BEFORE THE HONORABLE HECTOR GONZALEZ
12                   UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14

15   For the Government:          BREON PEACE
                                  United States Attorney
16                                BY: ARTIE McCONNELL,
                                  Assistant United States Attorney
17                                271 Cadman Plaza East
                                  Brooklyn, New York
18

19   For the Defendant:          VENABLE LLP
                                  600 Massachusetts Avenue NW
20                                20001
                                  Washington, DC 20001
21                                BY: MARK E. SCHAMEL, ESQ.

22

     Court Reporter:             Andronikh M. Barna
23                                225 Cadman Plaza East
                                  Brooklyn, New York
24                                (718) 613-2178

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.


               Andronikh M. Barna, Official Court Reporter, RPR, CRR

43

1    allow this defendant who presents a real flight risk to go at

2    liberty with no immigration status in this country and many of

3    the gaps and knowledge that Your Honor mentioned and alluded

4    to, I think it is too risky given the burden and the standard

5    at this stage of the case.

6              THE COURT:  All right.  I will be back out in under

7    ten.  All right?

8              MR. McCONNELL:  Thank you.

9              THE COURT:  Thank you, Marshals.

10             (Recess taken.)

11             THE COURT:  All right.  Look, as Judge Henry noted

12   during her hearing, this is certainly a tough case.

13             I have considered all the arguments raised by the

14   parties, as well as the arguments raised by the parties during

15   the earlier hearing before Judge Henry.

16             Given all the uncertainties here, most significantly

17   to me is the possible wide range in the Sentencing Guidelines

18   and therefore what the possible sentence here may be, even

19   though the maximum sentence here could be 60 months, anything

20   near 60 months I still find to be a significant period of

21   incarceration, as well as the other areas of uncertainty that

22   the Government pointed out, including the Defendant's

23   immigration status, or the lack of an immigration status I

24   should say, and his lack of any other connection to the U.S.,

25   as well as the lack of transparency into the Defendant's

44

1    financial resources, I find that the Defendant has failed to

2    meet his burden by clear and convincing evidence that he is

3    not likely to flee.  I am therefore continuing his detention.

4           But as I did mention earlier, I think once the

5    presentence report is issued in this case -- and my

6    understanding from the representations made by the parties is

7    that hopefully that will be as soon as right after the new

8    year -- that there will be more clarity regarding the possible

9    sentence exposure in this case, and also the fact that the

10   Sentencing Court here has indicated that it will be prepared

11   to do the sentence as early as possible in January once the

12   presentence report is prepared, I think the wiser course, in

13   order to have more perfect information, is to, if the

14   Defendant wishes at that time, to renew his application for

15   bail at that time with more clarity from the PSR.  And then

16   whoever that application is made in front of, probably Judge

17   Vitaliano, will have the information necessary to really make

18   an assessment about what the sentence exposure in this case

19   is.  So for that reason, I think the wiser course here is to

20   continue the detention and wait for the PSR.

21          If there is any issue with -- I don't know what

22   Judge Vitaliano's schedule is over the next week, but I'm

23   also -- you know, I can address -- if Judge Vitaliano is not

24   available, the parties don't need to go to the miscellaneous

25   judge.  They can come to me, since I have invested time in the

Andronikh M. Barna, Official Court Reporter, RPR, CRR

45

1    case and have read the materials, for any renewed application.

2    So if Judge Vitaliano is not available, you don't need to go

3    to the -- you're obviously free to go to the miscellaneous

4    judge, but you can come to me if there is an additional

5    application that Judge Vitaliano can't hear.

6              All right.  Anything else at this time?

7              MR. McCONNELL:  No, Your Honor.  Thank you.

8              THE COURT:  All right.

9              MR. SCHAMEL:  Just to reiterate my request from

10   Probation that the Marshal Service be asked not to send him

11   back right away so that we can do the PSI interview

12   downstairs.

13             THE COURT:  I will ask the Marshals because I don't

14   control their schedules.

15             He would have to wait for the bus anyway?  Or were

16   you going to put him right -- is there anyone else in the

17   building?

18             U.S. MARSHAL:  Your Honor, I do not have that

19   answer, but typically it would be, if we had multiple people,

20   which we do, it's two buses, 1:00 in the afternoon, early

21   afternoon, and then one at the last court.

22             THE COURT:  Yes, so if I can ask the Marshals if at

23   all possible, if there is still a transport that's going out

24   later in the day, if we could keep him until whatever the time

25   is of that last transport to give Probation an opportunity to