

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

April 24, 2024

t 202.344.4631
f 202.344.8300
MESchamel@Venable.com

Honorable Eric N. Vitaliano
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 4/26/2024

**VIA ECF FILING**

*/s/Eric N. Vitaliano*

Re:   *USA v Lekodymov*, 1:23-cr-496

_____
Eric N. Vitaliano
United States District Judge

Dear Judge Vitaliano:

Defendant Anatoly Legkodymov through Counsel is scheduled to file his sentencing memorandum ("Sentencing Memorandum") on April 24, 2024. Counsel is currently out of the country and is suffering from a severe stomach illness impeding him from being able to finalize the draft Sentencing Memorandum. Counsel requests a brief extension from April 24, 2024 to April 29, 2024 to file the Sentencing Memorandum. The there have been no other extensions for the Sentencing Memorandum and government does not object to this brief extension.

Sincerely,

/s/ Mark E. Schamel

cc:   Alexander Mindlin
      U.S. Attorney's Office EDNY
      271 Cadman Plaza East
      Brooklyn, NY 11201
      alexander.mindlin@usdoj.gov

      Artie McConnell
      US Attorney's Office EDNY
      271 Cadman Plaza East
      Brooklyn, NY 11201
      artie.mcconnell@usdoj.gov